Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

SEP 21 2020

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION    20-Cv-1346 Sinatra

**A.** **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. JASON RIVERA # 17A3742

2. _____

-VS-

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Attica Correctional Facility      4. _____

2. SouthPORT Correctional Facility   5. _____

3. _____   6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: SouthPort CORRectionaL FaciLity

(If applicable) Official Position of Defendant: SHes A Nurse, ~~Groolbo~~ Gould

(If applicable) Defendant is Sued in ____✗____ Individual and/or ____✗____ Official Capacity

Address of Defendant: _____

_____

Name of Defendant: Attica CorrecTionaL FaciLity

(If applicable) Official Position of Defendant: John Doe, CorrecTions OfficeR

(If applicable) Defendant is Sued in ____✗____ Individual and/or _____ Official Capacity

Address of Defendant: _____

_____

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: _____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes____   No__✗__

If Yes. complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.    Court (if federal court, name the district; if state court, name the county): _____

_____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

2

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

           If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        _____ Dismissed (check the box which indicates why it was dismissed):

              _____  By court *sua sponte* as frivolous, malicious or for failing to state a claim
                    upon which relief can be granted;

              _____  By court for failure to exhaust administrative remedies;

              _____  By court for failure to prosecute, pay filing fee or otherwise respond to a court
                    order;

              _____  By court due to your voluntary withdrawal of claim;

        _____ Judgment upon motion or after trial entered for

           _____ plaintiff

           _____ defendant.

**B.**    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes_____  No **X**_____

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,
use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.    District Court:_____

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____

        _____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes_____  No_____

           If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

         _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

         _____ By court for failure to exhaust administrative remedies;

         _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

         _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

     _____ plaintiff

     _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

A. **FIRST CLAIM:** On (date of the incident) ON 6-23-20 in the Morrning i
defendant (give the **name and position held** of **each defendant** involved in this incident) HAd a call-out
To see the doctor. As John Doe, ecorted me in to the
Room, As i sat down, C.O. John Doe, Placed the leg irons
did the following to me (briefly state what each defendant named above did): On me, He Pulled my
legs over the table aggresivly, my legs did a split and
the leg Irons caused serrous pain to my legs, John
Doe, almost broke my legs, all he did was cause
Pain in my legs For th Rest of my life, when I walk
my legs hurt. sometimes my legs give out, causeing
me to Fall, Due to the incident From C.O. John Doe,
I suffered scrapes and bruises on my legs. (See Attached PAPer)
The constitutional basis for this claim under 42 U.S.C. § 1983 is: Use oF excive Force,
Pain and suffering.
The relief I am seeking for this claim is (briefly state the relief sought): Montetary Compensation

---

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ___ Yes ___ No  If yes, what was the result? Denied

Did you appeal that decision? ___ Yes ___ No  If yes, what was the result? Denied

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so:

---

A. **SECOND CLAIM:** On (date of the incident) ON 8-19-20 I was Denied
defendant (give the **name and position held** of **each defendant** involved in this incident) medical
Treatment, By Nurse Giould. Due to a Injury
that happen to me At Attica Corr. Facility, From

## First Claim:

I sufferd scraps and bruises on my legs. Also, D.O.C failed to bring me my Property. The D.O.C Rules- and regulations states that an inmate is to recieve his or her property/belongings within (72) hours of the day the inmate is brought and placed in his new cell location.

Attica Correctional facility: Failed to obey the directive - And rules and regulations, and left me in my cell without my property for (12) days. I had to take a shower without my shower slippers, due to my showers slippers being in my property. And because of that, it caused me to get feet fungus or some sort of peeling, itching, redness, blackness between my toes and on my feet. I've never had an feet infection or fungus before in my life. Those showers are also very dirty with mold on the floors. Urine, as well as hair from other inmates shaving there body parts & can only imagine what else. The showers were always dirty & weren't getting clean as often as they were suppose too!

(Attachment to Page 5)

did the following to me (briefly state what each defendant named above did): CO. John Doe, when I came to Southport Corrections Facl. I asked Nurse Gould If i was still on the list For X-Rays And she told me there won't be no'need to Add me, when seen For sickcall a second time Nurse Gould told me that Shes Not going to Put me on the list to get X-Rays done because I seem Fine, Nurse Gould Keeps Denveing me medical Attion, she keeps telling me that iseem Fine when she dont even Know whats wrong with me.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ?? Denial of medical Treatment

The relief I am seeking for this claim is (briefly state the relief sought): Montertary Compensation

---

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes _____ No    If yes, what was the result? Denied

Did you appeal that decision? ✓ Yes _____ No   If yes, what was the result? Denied

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

---

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

---

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

100,000 For my injury to my legs. And 100,000 For My foot Fungus.

---

Do you want a jury trial? Yes ✓ No _____

6

| NEW YORK STATE **Corrections and Community Supervision**<br><br>**INMATE GRIEVANCE PROGRAM**<br><br>**SUPERINTENDENT** | GRIEVANCE NO. A-1112-20 | DATE FILED 6/23/2020 |
|---|---|---|
| | FACILITY Attica Correctional Facility | POLICY DESIGNATION Institutional |
| | TITLE OF GRIEVANCE Leg irons | CLASS CODE 24 |
| | SUPERINTENDENT'S SIGNATURE *Pat Colla* FMS | DATE 8/18/20 |
| GRIEVANT Rivera, J. | DIN 17A3742 | HOUSING UNIT SOUTHPORT CF |

The grievant asserts that leg irons were wrongfully applied causing injury.

Sgt. H... provided a response asserting that when a dr. is in SHU to see an inmate the inmate is placed in mechanical restraints prior to being removed from his cells. Upon exiting the cell an inmate is pat frisked and hand wanded then escorted to see the dr. Once in the room and seated the inmates leg irons are applied. He asserts that at no time does the inmate walk in leg irons.

It is noted that the grievant has transferred and should address any similar concerns with an area supervisor for the most expeditious means of resolution.

There is no evidence to support the grievant's allegations or to suggest any intentional malice by staff.

Based on the investigation, the decision of the IGRC is upheld and the grievance appeal is denied.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| GRIEVANT'S SIGNATURE | DATE |
| _____ | _____ |
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

FORM 2131E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

code 24   SHU concerns   ③7

| Grievance No. |
| --- |
| #1141-20 |

Attica _____ CORRECTIONAL FACILITY

Date: 6/25/2020

Name: Rivera, J _____ Dept. No.: 17A3742 Housing Unit: CE-7

Program: _____ AM _____ PM

### (Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) _____

_____ See attached _____

_____

_____

_____

_____

Grievant
Signature: _____

**RECEIVED**

Grievance Clerk: _____ Date: _____

JUN 2 5 2020
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☑ YES  ☐ NO   Who: _____

Action requested by inmate: _____

_____

_____

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** Grievance is DENIED.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because the grievant is in SHU/Long Term Keep Lock.

Grievant is advised that the Inmate Grievance Program is not an outlet for monetary compensation, damages, or reimbursement.

Per Sgt. H...the grievants property was delivered on 5/31/20 and issued on 6/10/20. This was at a time that staff were falling behind on property due to so many admissions in a short period of time filling both floors of SHU. The shower on both floors are very clean and not at all dirty., they are washed with bleach water multiple times a week.

Date Returned to Inmate: **JUL 2 4 2020**       IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____        _____
              Grievant                                    Date

_____                    _____
Grievance Clerk's Receipt                                Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                    Date

Grievance forwarded to the Superintendent for action: _____
                                                                                    Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

Code #24  Leg irons

| Grievance No. |
|---|
| 01112-20 |

__Attica_____ CORRECTIONAL FACILITY

Date: _____

Name: _Rivera_____    Dept. No.: _17A3742_  Housing Unit: _CE-7_

Program: _____  AM _____ PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\****

Description of Problem: (Please make as brief as possible) __See  attached__

_____

_____

_____

_____

_____

Grievant
Signature: _____

Grievance Clerk: _____    Date: ____

Advisor Requested  ☐ YES  ☐ NO    Who: _____

Action requested by inmate: _____

## RECEIVED

**JUN 2 3 2020**

ATTICA CORR. FACILITY
INMATE GRIEVANCE

_____

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** Grievance is DENIED.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because the grievant is in SHU/Long Term Keep Lock.

Per Sgt. H...when they have doc in the box the procedure is that inmates are placed in mechanical restraints and removed from their cell, pat frisked, hand wand is used then the inmate is escorted down stairs to room 4 where he is sat down and then leg irons are applied. Inmate does not walk with leg irons on at any point.

Date Returned to Inmate: _____ **JUL 2 4 2020**   IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____   _____
                    Grievant                               Date

_____   _____
  Grievance Clerk's Receipt                  Date

---

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                    Date

Grievance forwarded to the Superintendent for action: _____
                                                                                        Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

 **NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## **MEMORANDUM**

TO: Rivera, J.    17A3742    CE-7

FROM: IGRC

DATE: JUN 2 3 2020

RE: GRIEVANCE SUBMITTAL

Today, this office has received your complaint dated _____.

☐ It has been logged as Grievance # __A1112-20__, Code __24__ and titled, __Leg Irons__. You will be scheduled for an IGRC hearing once the investigation has been completed.

☐ It has been consolidated as a "Like" grievance with Grievance # _____

☐ It has been logged as Grievance # _____, a Code 49 and titled, _____. It has been passed through to the Superintendent and you will receive a response directly from the Superintendent once the investigation has been completed.

☐ It is being returned to you as the incident you referred to occurred on _____, which is beyond the 21-day timeline for filing a grievance, per Directive #4040 §701.5 (a)(1). No further action will be taken regarding this grievance.

Copies of grievances or supporting documentation should be requested via the FOIL Officer in accordance with Directive #2010.

cc:    File
       Attachment

ᗺ,ı0305

To: IGRC
From: Jason Rivera - 1743742
      B-10-01

22 - Denied Medical                    8/19/20
treatment/Nurse rude)
                    unprofessional

RECEIVED

AUG 2 4 2020

SOUTHPORT GRIEVANCE

I will like to make this grievance toward
nurse Gould for providing inadaquate treatment & being very
rude & unprofessional. I sufferd a injury in attica c.F. &
was seen by Sick Call & told I was on the list for x-rays.
And when I got to southport I had asked her was I
still on the list & she said no & there won't be need
to add me. I've been suffering a sharp pain in both of
my knees & when seen sick call for a second time
She told me she won't be ordering it cause I seem
fine. And lastly on 8/19 I asked her once again
Can they Please schedule me for x-ray & she said she
will not order it because I seem okay. But how woul
she know that if she never asked where was the injury
never checked me Or anything. Then stated don't kno
Why I want x-rays for a injury I suffered years
ago? But in fact it's been less then 2 months since
the incident in attica transpired. Her words "I looked at yo
& You are okay". But how can she even make a diagnosis
without even Properly checking me or having me be
seen by a Doctor. For her to be a nurse practitioner
& the Person Caring for our health & she's always so rude
& unprofessional, it only makes it hard on us as inmate.

To: I.G.R.C
From: Jason Rivera
Din#: 17a3742
Date: 6-23-20
Loc#: C/F - 7 cell

I'm writing because the directive say I would recieve my property within 72 hour, however I didnt recieve it until 12 days later. and while I was waiting for my Property I had to shower with no shower slipper's which coursed my feet to start peeling, have severe itching & redness between my toes, and blackness under my toes amoung other problems. and I would assume the administration is aware of how dirty are those showers, which course me to catch some sort of fungis or infection I've never had in my life.

Action Requested:

Monetary Compensation & will like an investigation to why does it take so long to get your property & will hope the administration take further steps to address these issues, Thank you for your time in regards to this matter.

Respectfully,
Jason R

Rivera, Jason          DIN.    17-A-3742    Cell:    B-10-01

FORM 2131 (Reverse) (Rev. (6/06))

Grievance No.

**Response of IGRC:**                                                          SPT-0305 -20

Grievance is Granted In Part: Grievant arrived at Southport on 7-6-20. No complaints of knee pain are noted on his in-draft interview. The first complaint of leg pain was to nurse Bow...on 7-10-20. The provider reviewed this complaint and ordered Naprosyn. Grievant was seen on callout on 7/20/20 by PA Oak...and no mention of knee pain or leg pain. On 7-25-20 and 7-26-20 he was seen at a sick call by two separate nurses and asked about leg x-rays with complaints of bilateral leg pain. Both nurses noted no deficit with activities of daily living and walking without difficulty. Grievant's next documented complaint of leg pain was 8-19-20. Nurse Gou...documents, complains of bilateral leg pain and asks about x-rays. She then referred the chart to provider Oak...who ordered x-rays of both knees. Grievant is currently scheduled to see the provider to discuss his complaints and review the x-ray results. Attached is a To-From from nurse Gou... The grievant is encouraged to use sick call procedures for further medical issues.

Grievant held in absentia.

SENT
SEP 11 2020
SOUTHPORT GRIEVANCE

Date of hearing:    9-10-20

IGRC Members:

_____ Sergeant    9/10/2020
CHAIRPERSON    _____    SERGEANT
                                  _____
                                  CORRECTIONS OFFICER
                                  _____

**_Return within 7 calendar days and check appropriate box._***

☑ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I agree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP. Supervisor for review of dismissal.

Signed:    _____    9-11-20
                  **Grievant**                   Date

           _____    9/14/20
           **Grievance Clerk's Receipt**         Date

_____

*To be completed by Grievance Clerk*

**Grievance Appealed to the Superintendent:**    09/14/20
                                          Date:

**Grievance forwarded to the Superintendent for action:**    09/14/20
                                                      Date:

APPEALED
SEP 14 2020
SOUTHPORT CORR FAC
GRIEVANCE OFFICE

* An exception to the time limit may be requested under Directive # 4040, section 701.6 (g)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____9 - 18 - 20_____
                                  (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

_____

Signature(s) of Plaintiff(s)

TIM S. HOURIHAN
Notary Public, State of New York
Chemung County No. 01HO6154367
Commission Expires October 23, 20 22

7

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

|  |  |
|---|---|
| _Plaintiff_ | ) ) ) ) ) ) |
| v. | Civil Action No. 20 CV - 1346 |
| _Defendant_ | Sinatra |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
Signature of Clerk or Deputy Clerk_

TIM S. HOURIHAN
Notary Public, State of New York
Chemung County No. 01HO6154367
Commission Expires October 23, 20 22

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                        *Server's signature*

                                              _____
                                                        *Printed name and title*


                                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

TIM S. HOURIHAN
Notary Public, State of New York
Chemung County No. 01HO6154367
Commission Expires October 23, 20 2 2



```
                      STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                              ATTICA        CORRECTIONAL FACILITY
                       INMATE STATEMENT FOR THE PERIOD 02/29/20 THRU 03/31/20
        ************************************************************************
        *                                                                     *
        *    NAME:RIVERA JASON              DEPT ID:17A3742   CELL LOC:0A-05-07S   NYSID:00699183Y  *
        *                                                                     *
        ************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|----------|------|----------------------------------|--------|-----------|-----------|--------------|---------------------|---------------------|
| | | STARTING BALANCE AT ATTICA | | | | | | 59.38 |
| | | BALANCE FORWARD | | | | .00 | 59.38 | 59.38 |
| ATTICA | 03/05/20 | MEDIA PUR | | | 20.00 | .00 | 39.38 | 39.38 |
| ATTICA | 03/05/20 | PAYROLL RCPT | 042742 | 1.13 | | .00 | 40.51 | 40.51 |
| ATTICA | 03/05/20 | PAYROLL RCPT | 522244 | 2.37 | | .00 | 42.88 | 42.88 |
| ATTICA | 03/06/20 | STRT ADV-COMER ( $59.16) | | | | 42.88 | .00 | 42.88 |
| ATTICA | 03/12/20 | PAYROLL RCPT | 042742 | 1.13 | | 1.13 | .00 | 44.01 |
| ATTICA | 03/12/20 | PAYROLL RCPT | 522244 | 2.37 | | 2.37 | .00 | 46.38 |
| ATTICA | 03/19/20 | PAYROLL RCPT | 042742 | 1.13 | | 1.13 | .00 | 47.51 |
| ATTICA | 03/19/20 | PAYROLL RCPT | 522244 | 2.37 | | 2.37 | .00 | 49.88 |
| ATTICA | 03/26/20 | PAYROLL RCPT | 042742 | 1.13 | | 1.13 | .00 | 51.01 |
| ATTICA | 03/26/20 | PAYROLL RCPT | 522244 | 2.37 | | 2.37 | .00 | 53.38 |
| | | MONTHLY ENDING TOTALS | | 14.00 | 20.00 | 53.38 | .00 | 53.38 |
| | | ENDING BALANCE AT ATTICA | | | | | | 53.38 |

```
           20%  OF AVERAGE 6 MO SPENDABLE BALANCE     5.06   20%  OF AVERAGE 6 MO DEPOSIT AMT      8.47


                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     8.22
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

| ---- REASON ---- | DATE IMPOSED | --- NOTES --- | ADVANCE BREAKDOWN TOTAL OWED | COL TO-DATE | BALANCE DUE |
|------------------|--------------|---------------|------------------------------|-------------|-------------|
| COMMISSARY ERROR | 03/06/20 | | 59.16 | 53.38 | 5.78 |

```
          *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                   ATTICA        CORRECTIONAL FACILITY
                              INMATE STATEMENT FOR THE PERIOD 04/01/20 THRU 04/30/20
            ***************************************************************************
            *                                                                         *
            *    NAME:RIVERA JASON              DEPT ID:17A3742  CELL LOC:0B-18-26S  NYSID:00699183Y  *
            *                                                                         *
            ***************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|----------|------|----------------------------------|--------|------------|------------|---------------|---------------------|--------------------|
|          |      | STARTING BALANCE AT ATTICA       |        |            |            |               |                     | 53.38 |
|          |      | BALANCE FORWARD                  |        |            |            | 53.38         | .00                 | 53.38 |
| ATTICA   | 04/02/20 | ELECTRONIC RECEIPT            | AJ76492 | 50.00     |            | 5.78          | 44.22               | 103.38 |
| ATTICA   | 04/02/20 | PAY ADV-COMM (2020-03-06)    |        |            | 59.16      | 59.16-        | 44.22               | 44.22 |
| ATTICA   | 04/02/20 | PAYROLL RCPT                 | 042742 | 1.13       |            | .00           | 45.35               | 45.35 |
| ATTICA   | 04/02/20 | PAYROLL RCPT                 | 522244 | 2.37       |            | .00           | 47.72               | 47.72 |
| ATTICA   | 04/07/20 | ELECTRONIC RECEIPT          | AJ91206 | 50.00     |            | .00           | 97.72               | 97.72 |
| ATTICA   | 04/09/20 | MEDIA PUR                    |        |            | 23.00      | .00           | 74.72               | 74.72 |
| ATTICA   | 04/09/20 | PAYROLL RCPT                 | 042742 | 1.13       |            | .00           | 75.85               | 75.85 |
| ATTICA   | 04/09/20 | PAYROLL RCPT                 | 522244 | 2.37       |            | .00           | 78.22               | 78.22 |
| ATTICA   | 04/13/20 | $ TO HOME                    |        |            | 25.00      | .00           | 53.22               | 53.22 |
| ATTICA   | 04/16/20 | PAYROLL RCPT                 | 042742 | 1.13       |            | .00           | 54.35               | 54.35 |
| ATTICA   | 04/16/20 | PAYROLL RCPT                 | 522244 | 2.37       |            | .00           | 56.72               | 56.72 |
| ATTICA   | 04/22/20 | COMM BUY                     |        |            | 52.88      | .00           | 3.84                | 3.84 |
| ATTICA   | 04/23/20 | ELECTRONIC RECEIPT          | AK35126 | 50.00     |            | .00           | 53.84               | 53.84 |
| ATTICA   | 04/23/20 | PAYROLL RCPT                 | 042742 | 1.13       |            | .00           | 54.97               | 54.97 |
| ATTICA   | 04/23/20 | PAYROLL RCPT                 | 522244 | 2.37       |            | .00           | 57.34               | 57.34 |
| ATTICA   | 04/25/20 | ELECTRONIC RECEIPT          | AK39291 | 40.00     |            | .00           | 97.34               | 97.34 |
| ATTICA   | 04/30/20 | PAYROLL RCPT                 | 042742 | 1.13       |            | .00           | 98.47               | 98.47 |
| ATTICA   | 04/30/20 | PAYROLL RCPT                 | 522244 | 2.37       |            | .00           | 100.84              | 100.84 |
|          |      | MONTHLY ENDING TOTALS            |        | 207.50     | 160.04     | .00           | 100.84              | 100.84 |

```
                    ENDING BALANCE AT ATTICA                                                    100.84

          20% OF AVERAGE 6 MO SPENDABLE BALANCE      8.42   20% OF AVERAGE 6 MO DEPOSIT AMT      14.87


                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -      8.22
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


          *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                   ATTICA      CORRECTIONAL FACILITY
                            INMATE STATEMENT FOR THE PERIOD 05/01/20 THRU 05/29/20
             **********************************************************************
             *                                                                    *
             *    NAME:RIVERA JASON           DEPT ID:17A3742   CELL LOC:0B-18-26S   NYSID:00699183Y  *
             *                                                                    *
             **********************************************************************

FACILITY      DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)   DISBURS(-)   COLLECTED AMT    STATEWIDE      STATEWIDE
                            (COMMENTS)                                                              SPENDABLE      ACCT BAL
                        STARTING BALANCE AT ATTICA                                                                 100.84
                        BALANCE FORWARD                                                    .00       100.84       100.84

ATTICA       05/01/20  COMM BUY                                         25.53            .00         75.31         75.31
ATTICA       05/05/20  MEDIA PUR                                        20.00            .00         55.31         55.31
ATTICA       05/05/20  MEDIA PUR                                        15.00            .00         40.31         40.31
ATTICA       05/07/20  PAYROLL RCPT            042742      1.13                          .00         41.44         41.44
ATTICA       05/07/20  PAYROLL RCPT            522244      2.37                          .00         43.81         43.81
ATTICA       05/14/20  PAYROLL RCPT            042742      1.13                          .00         44.94         44.94
ATTICA       05/14/20  PAYROLL RCPT            522244      2.37                          .00         47.31         47.31
ATTICA       05/19/20  MEDIA PUR                                        15.00            .00         32.31         32.31
ATTICA       05/19/20  POSTAGE                                           8.30            .00         24.01         24.01
ATTICA       05/20/20  STRT ADV-COMER (  $45.19)                                       24.01                      24.01
ATTICA       05/21/20  PAYROLL RCPT            042742      1.13                         1.13          .00         25.14
ATTICA       05/21/20  PAYROLL RCPT            522244      2.37                         2.37          .00         27.51
ATTICA       05/22/20  ELECTRONIC RECEIPT      AL05910    50.00                        17.68        32.32         77.51
ATTICA       05/22/20  PAY ADV-COMM (2020-05-20)                        45.19         45.19-        32.32         32.32
ATTICA       05/28/20  PAYROLL RCPT            042742      1.13                          .00         33.45         33.45
ATTICA       05/28/20  PAYROLL RCPT            522244      2.37                          .00         35.82         35.82

                       MONTHLY ENDING TOTALS              64.00        129.02            .00         35.82         35.82


                       ENDING BALANCE AT ATTICA                                                                   35.82

            20%  OF AVERAGE 6 MO SPENDABLE BALANCE       8.50    20%  OF AVERAGE 6 MO DEPOSIT AMT        14.03


                       LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     8.22
                       THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


         *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                          ATTICA      CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 05/30/20 THRU 06/30/20
            ***************************************************************
            *                                                            *
            *   NAME:RIVERA JASON         DEPT ID:17A3742   CELL LOC:RB-CE-007  NYSID:00699183Y  *
            *                                                            *
            ***************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ----<br>(COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE<br>SPENDABLE | STATEWIDE<br>ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT ATTICA |  |  |  |  |  | 35.82 |
|  |  | BALANCE FORWARD |  |  |  | .00 | 35.82 | 35.82 |
| ATTICA | 06/02/20 | ELECTRONIC RECEIPT | AL30178 | 10.00 |  | .00 | 45.82 | 45.82 |
| ATTICA | 06/04/20 | COMM BUY |  |  | 5.50 | .00 | 40.32 | 40.32 |
| ATTICA | 06/04/20 | PAYROLL RCPT | 042742 | .90 |  | .00 | 41.22 | 41.22 |
| ATTICA | 06/04/20 | PAYROLL RCPT | 522244 | 1.90 |  | .00 | 43.12 | 43.12 |
| ATTICA | 06/11/20 | PAYROLL RCPT | 042742 | 1.13 |  | .00 | 44.25 | 44.25 |
| ATTICA | 06/11/20 | PAYROLL RCPT | 522244 | 2.37 |  | .00 | 46.62 | 46.62 |
| ATTICA | 06/12/20 | ELECTRONIC RECEIPT | AL54083 | 50.00 |  | .00 | 96.62 | 96.62 |
| ATTICA | 06/18/20 | PAYROLL RCPT | 042742 | 1.13 |  | .00 | 97.75 | 97.75 |
| ATTICA | 06/18/20 | PAYROLL RCPT | 522244 | 2.37 |  | .00 | 100.12 | 100.12 |
| ATTICA | 06/21/20 | ELECTRONIC RECEIPT | AL72720 | 50.00 |  | .00 | 150.12 | 150.12 |
| ATTICA | 06/25/20 | PAYROLL RCPT | 042742 | 1.13 |  | .00 | 151.25 | 151.25 |
| ATTICA | 06/25/20 | PAYROLL RCPT | 522244 | .00 |  | .00 | 151.25 | 151.25 |
|  |  | MONTHLY ENDING TOTALS |  | 120.93 | 5.50 | .00 | 151.25 | 151.25 |
|  |  | ENDING BALANCE AT ATTICA |  |  |  |  |  | 151.25 |

```
        20%  OF AVERAGE 6 MO SPENDABLE BALANCE    11.72   20% OF AVERAGE 6 MO DEPOSIT AMT    16.03


                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    8.22
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


        *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                         SOUTHPORT       CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 07/01/20 THRU 07/31/20
         ****************************************************************************
         *                                                                        *
         *    NAME:RIVERA JASON              DEPT ID:17A3742  CELL LOC:0B-07-015  NYSID:00699183Y  *
         *                                                                        *
         ****************************************************************************

FACILITY        DATE      ---- TRANSACTION ----    TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                              (COMMENTS)                                                             SPENDABLE    ACCT BAL
                          STARTING BALANCE AT ATTICA                                                              151.25
                          STARTING BALANCE AT SOUTHPORT                                                             .00
                          BALANCE FORWARD                                                     .00      151.25     151.25

ATTICA          07/01/20  ELECTRONIC RECEIPT       AL93596    50.00                           .00      201.25     201.25
ATTICA          07/02/20  PAYROLL RCPT             041742      2.25                           .00      203.50     203.50
SOUTHPORT       07/07/20    ESTABLISH ACCOUNT
ATTICA          07/07/20  PAYR-EXIT FAC            041742      2.25                           .00      205.75     205.75
ATTICA          07/07/20  CLSE ACCT                                       205.75              .00         .00        .00
SOUTHPORT       07/09/20  ELECTRONIC RECEIPT       AM11888    45.00                           .00       45.00      45.00
SOUTHPORT       07/13/20  COMM BUY                                         16.11              .00       28.89      28.89
SOUTHPORT       07/15/20  COPIES    (FOIL COPIES   )                         .50              .00       28.39      28.39
SOUTHPORT       07/21/20  BEG ENC-DP-T3(      $5.00)                                         5.00       23.39      23.39
SOUTHPORT       07/21/20  PAY ENC-DP-T3(ID6420HD612)                        5.00            5.00-       23.39      23.39
SOUTHPORT       07/23/20  TRANSFER FUNDS           B889379   205.75                           .00      229.14     229.14
SOUTHPORT       07/23/20  ELECTRONIC RECEIPT       AM38549    50.00                           .00      279.14     279.14
SOUTHPORT       07/29/20  ¢ TO HOME                                         50.00              .00      229.14     229.14
SOUTHPORT       07/29/20  ¢ TO HOME                                         80.00              .00      149.14     149.14
SOUTHPORT       07/30/20  BEG ENC-OTHER(     $1.49)                                          1.49       147.65     149.14
SOUTHPORT       07/30/20  PAY ENC-OTHER(EARBUDS/63 )                         1.49            1.49-       147.65     147.65
SOUTHPORT       07/30/20  PAYROLL RCPT             068999       .00                           .00       147.65     147.65

                          MONTHLY ENDING TOTALS               355.25      358.85              .00       147.65     147.65


                          ENDING BALANCE AT SOUTHPORT                                                             147.65

                    20% OF AVERAGE 6 MO SPENDABLE BALANCE      16.50  20% OF AVERAGE 6 MO DEPOSIT AMT      27.50


                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -      8.22
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

                         INMATE HAS BEEN TRANSFERRED TO -SOUTHPORT      FROM ATTICA


            ------------------------------- ENCUMBRANCE BREAKDOWN -----------------------------------------
            ---- REASON ----     DATE IMPOSED   --- NOTES ---   TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
           *DISCIPLINARY TIER III  07/21/20     ID6420HD61220       5.00       5.00       5.00          .00
           *OTHER                  07/30/20     EARBUDS/63          1.49       1.49       1.49          .00

               *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                           SOUTHPORT      CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 08/01/20 THRU 08/31/20
          *******************************************************************************
          *                                                                             *
          *    NAME:RIVERA JASON            DEPT ID:17A3742   CELL LOC:0B-10-001  NYSID:00699183Y  *
          *                                                                             *
          *******************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ----<br>(COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE<br>SPENDABLE | STATEWIDE<br>ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT SOUTHPORT |  |  |  |  |  | 147.65 |
|  |  | BALANCE FORWARD |  |  |  | .00 | 147.65 | 147.65 |
| SOUTHPORT | 08/04/20 | $ TO HOME |  |  | 50.00 | .00 | 97.65 | 97.65 |
| SOUTHPORT | 08/06/20 | PAYROLL RCPT | 068999 | .00 |  | .00 | 97.65 | 97.65 |
| SOUTHPORT | 08/10/20 | COMM BUY |  |  | 8.09 | .00 | 89.56 | 89.56 |
| SOUTHPORT | 08/11/20 | $ TO HOME |  |  | 50.00 | .00 | 39.56 | 39.56 |
| SOUTHPORT | 08/12/20 | COPIES    (SPT20-08-013   ) |  |  | .75 | .00 | 38.81 | 38.81 |
| SOUTHPORT | 08/13/20 | PAYROLL RCPT | 068999 | .00 |  | .00 | 38.81 | 38.81 |
| SOUTHPORT | 08/20/20 | PAYROLL RCPT | 068999 | .00 |  | .00 | 38.81 | 38.81 |
| SOUTHPORT | 08/24/20 | COMM BUY |  |  | 5.72 | .00 | 33.09 | 33.09 |
| SOUTHPORT | 08/27/20 | PAYROLL RCPT | 068999 | .00 |  | .00 | 33.09 | 33.09 |
|  |  | MONTHLY ENDING TOTALS |  | .00 | 114.56 | .00 | 33.09 | 33.09 |
|  |  | ENDING BALANCE AT SOUTHPORT |  |  |  |  |  | 33.09 |

```
            20%  OF AVERAGE 6 MO SPENDABLE BALANCE     15.62   20%  OF AVERAGE 6 MO DEPOSIT AMT      25.39


                     LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     8.22
                     THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


          *   ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

*20-cv-1347 SINATRA* (handwritten)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  Jason Rivera
*(EXCEPT IN U.S. PLAINTIFF CASES)*  1743742

Attica, NY

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* "Pro Se"

Jason Rivera - 1743742
Southport C.F.
P.O. Box 2000  Pine City, NY 14871-2000

Attorneys *(If Known)*

*(circular stamp: USDC SEP 21 ROCHESTER)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | Medical Malpractice | | Leave Act | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☒ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  42 U.S.C. § 1983, civil right action

Brief description of cause:  Excessive force and denial of medical treatment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $  $200,000.°°

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE  9-18-20

SIGNATURE OF ATTORNEY OF RECORD  Jason Rivera - 1743742 "Pro Se"

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.